UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| APRIL BLACKBOURN, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>vs.<br><br>GOHEALTH, LLC, a Delaware limited liability company, BROJO MARKETING, LLC, a Massachusetts limited liability company, and AVENGE DIGITAL, LLC, a Washington limited liability company,<br><br>    Defendants. | CASE NO: 1:19-cv-04655<br><br>**NOTICE OF SETTLEMENT AS TO INDIVIDUAL CLAIMS ONLY** |

    NOW COMES THE PLAINTIFF, by and through her attorney of record, to respectfully notify this Honorable Court that this case has settled on an individual basis, with the putative class allegations to be dismissed without prejudice. Plaintiff requests that this Honorable Court vacate all pending dates and deadlines. Plaintiff requests the Court allow forty-five (45) days for the Parties to file a stipulation of dismissal. Plaintiff requests the Court retain jurisdiction over this matter until fully resolved.

Dated: August 30, 2019    Respectfully submitted,

    By: /s/ Mark L. Javitch
    Mark L. Javitch (CA SBN 323729)
    *mark@javitchlawoffice.com*
    Javitch Law Office
    480 S. Ellsworth Ave
    San Mateo, CA 94401
    Telephone: 650-781-8000
    Facsimile: 650-648-0705

*Attorney for Plaintiff*
APRIL BLACKBOURN