# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| APRIL BLACKBOURN, individually and on behalf of all others similarly situated, )<br><br>Plaintiff, )<br><br>vs. )<br><br>GOHEALTH, LLC, a Delaware limited liability company, BROJO MARKETING, LLC, a Massachusetts limited liability company, and AVENGE DIGITAL, LLC, a Washington limited liability company, )<br><br>Defendants. ) | CASE NO: 1:19-cv-04655<br><br>**NOTICE AND STIPULATION OF VOLUNTARY DISMISSAL** |

NOW COMES PLAINTIFF April Blackbourn ("Plaintiff"), by and through her attorney, and pursuant to Fed R. Civ. Pro. 41(a)(1)(A)(i) and (ii), hereby voluntarily dismisses all of her individual claims against GoHealth, LLC, BroJo Marketing, LLC, and Avenge Digital, LLC, with prejudice. This dismissal disposes of the entire action. This dismissal is without prejudice to the claims of the putative class members. Plaintiff voluntarily dismisses Brojo Marketing, LLC and Avenge Digital, LLC pursuant to Fed R. Civ. Pro. 41(a)(1)(A)(i). Plaintiff and GoHealth, LLC hereby stipulate to dismissal pursuant to Fed R. Civ. Pro. 41(a)(1)(A)(ii).

Dated: October 23, 2019　　　　Respectfully submitted,


By: /s/ Mark L. Javitch
Mark L. Javitch (CA SBN 323729)
*mark@javitchlawoffice.com*
Javitch Law Office
480 S. Ellsworth Ave
San Mateo, CA 94401
Telephone: 650-781-8000

1

        Facsimile: 650-648-0705

*Attorney for Plaintiff*
APRIL BLACKBOURN

Dated: October 23, 2019      By: /s/ Martin W. Jaszczuk
Jaszczuk P.C.
311 S. Wacker Drive, Suite 3200
Chicago, IL 60606
(312) 442-0428
mjaszczuk@jaszczuk.com

*Attorney for Defendant*
GOHEALTH, LLC

2

COMPLAINT                                                                                        CASE NO: 19-cv-04655